Edward Pitts, Respondent, v. John McKesson and Others, Appellants. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Appellant, v. Louis Mendelowitz, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is clearly against the weight of evidence. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Stanislao Pettanza, alias Leonardo Armaeto, Appellant.— Judgment of conviction and order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John W. Groves, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.

Charles Schad, Appellant, v. Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Order unanimously affirmed, with

App. Div.]          Third Department, June, 1911.

costs. No opinion. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.